[No. 30056-7-II.  Division Two.  February 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JODI LYN DEWEERT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-01246-6, James J. Stonier, J., entered February 28, 2003. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Bridgewater, JJ.

[Nos. 50027-9-I; 51910-7-I.  Division One.  February 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT NORTHUP, *Appellant*.

*In the Matter of the Personal Restraint of* ROBERT NORTHUP.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09899-2, Terence Lukens, J., entered January 18, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Becker, C.J., concurred in by Grosse and Cox, JJ.

[No. 50226-3-I.  Division One.  February 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN LEE SWANBERG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08684-3, Jay V. White, J., entered March 25, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 50965-9-I.  Division One.  February 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CLADIO ROMERO VELASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02150-2, Michael J. Fox, J., entered July 19, 2002. *Affirmed* by unpublished per curiam opinion.